■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELON ALLEN, Appellant. [932 NYS2d 20]—

No opinion. Skelos, J.P., Dickerson, Lott and Cohen, JJ., concur.